UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MARK HOLPER

CRIMINAL ACTION

NO. 08-142-JJB

## RULING AND ORDER

Defendant has filed a motion for sentence modification (doc. 86) based upon the Supreme Court's recent ruling in *Alleyne v. United States*, 133 S.Ct. 2151 (2013). In that decision, the Supreme Court held that any fact that increases the mandatory minimum is an "element" of the crime that must be submitted to the jury.

Applying *Alleyne* to the case at hand, the court finds that the motion must be denied. Defendant Holper was not sentenced to 110 months based upon a mandatorty minimum or any other statutory enhancement. Defendant's present sentence is based solely on the application of the U.S. Sentencing Guidelines. His sentence is actually below the statutory maximum for the offense of conviction. Consequently, *Alleyne* is inapplicable to this case.

ACCORDINGLY, IT IS ORDERED that the motion (doc. 86) for modification be DENIED. The clerk's office shall terminate the motion (doc. 87) for expedited hearing as well.

Baton Rouge, Louisiana, November 13+1, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA